















TKL    8/8/01    6:35

3:01-CV-00649    NAIDITCH V. APPLIED MICRO

*47*

*MO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. SUSAN YVONNE ILLSTON    DEPUTY CLERK: J.KLOSTERMAN    RECORDER: NOEMY MARTINEZ

01CV0649-K(AJB)    BARRY S. NAIDITCH    vs    APPLIED MICRO CIRCUITS

MOTION HEARING

Pla's Mot to Consol Related Actions [32-1]
        for Appt as lead cnsl [30-1]
        to appt Walter Ritsert and Gary Beavers [28-1]
        to consol related actions [25-1]
        to consol all related actions [23-1]
        to appt Lamberson pla group [20-1]

**MOTION HEARING OFF CALENDAR --**
                        **MOTION HEARING TO BE RESET**

DATE:    8/6/01

DEPUTY